UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

JEREMIAH BUSH, individually and
On Behalf of all others similarly
situated,

        Plaintiff,

v.                                               Case No: 3:10-cv-841-J-99MMH-MCR

CALLOWAY CONSOLIDATED GROUP
RIVER CITY, INC., a Florida
corporation, d/b/a FIVE GUYS
FAMOUS BURGER & FRIES,

        Defendant.
_____/

## DEFENDANT'S RESPONSE TO ORDER TO SHOW CAUSE

COMES NOW, CALLOWAY CONSOLIDATED GROUP RIVER CITY, INC., a Florida corporation, d/b/a FIVE GUYS FAMOUS BURGER & FRIES, Defendant, by and through its attorneys of record, and hereby responds to the Court's Order to Show Cause as follows:

1.

On or about October 20, 2010, counsel for Defendant personally met with Plaintiff's counsel. As a result of this meeting, the Case Management Report was prepared and filed.

2.

Pursuant to the Case Management Report, Defendant filed its Mandatory

Disclosures, however, due to an administrative oversight, Defendant failed to file the Certificate of Interested Persons and Corporate Disclosure Statement.

3.

This oversight was inadvertent and will not occur again.

4.

Contemporaneously with this response, Defendant is filing its Certificate of Interested Persons and Corporate Disclosure Statement attached as Exhibit "A."

WHEREFORE, CALLOWAY CONSOLIDATED GROUP RIVER CITY, INC., a Florida corporation, d/b/a FIVE GUYS FAMOUS BURGER & FRIES requests that the Court inquire into the circumstances and determine that sanctions are not warranted in this matter.

Dated: December 10, 2010

**COHEN GOLDSTEIN PORT & GOTTLIEB, LLP**

By: /s/ Lee S. Goldstein
Lee S. Goldstein
Georgia Bar No. 300437
lee @cgpglaw.com
990 Hammond Drive, Suite 990
Atlanta, GA 30328
Telephone No. 678-775-3555
Facsimile No. 770-901-9417

- 3 -

**GRAYROBINSON, P.A.**

By: /s/ Richard J. Plotkin
      Richard J. Plotkin
      Florida Bar No. 059780
      rplotikin@gray-robinson.com
      Lee S. Haramis
      Florida Bar No. 398070
      lharamis@gray-robinson.com
      50 North Laura Street, Suite 1100
      Jacksonville, FL 32202
      Telephone: (904) 598-9929
      Facsimile: (904) 598-9109

      *Attorneys for Defendant*
      *Calloway Consolidated Group River City, Inc.,*
      *a Florida corporation d/b/a Five Guys Famous*
      *Burger & Fries*

- 4 -

## **CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that on December 10, 2010, the foregoing document was filed with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                        /s/  Richard J. Plotkin
                                                  Attorney

\715085\1 - # 405281 v1