**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

JEREMIAH BUSH, individually and on
behalf of all others similarly situated,

        Plaintiff,

-vs-                                      Case No.   3:10-cv-841-J-99MMH-MCR

CALLOWAY CONSOLIDATED GROUP
RIVER CITY, INC., a Florida Corporation,
d/b/a Five Guys Famous Burger & Fries,

        Defendant.
_____

## O R D E R

This matter is before the Court sua sponte. On December 6, 2010, this Court entered an Order directing Defendant to show cause why sanctions should not be imposed due to its failure to comply with this Court's Orders regarding the filing of a Certificate of Interested Persons and Corporate Disclosure Statement. See Order (Dkt. No. 15; Order to Show Cause). On December 10, 2010, Defendant filed its Certificate of Interested Persons and Corporate Disclosure Statement (Dkt. No. 16), and its Response to Order to Show Cause (Dkt. No. 17). Accordingly, it is **ORDERED:**

This Court's Order to Show Cause (Dkt. No. 15) is hereby **DISCHARGED**.

**DONE AND ORDERED** at Jacksonville, Florida, this 13th day of December, 2010.

                                                                **MARCIA MORALES HOWARD**
                                                                 United States District Judge

ja

Copies to:

Counsel of Record